**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | |
|---|---|
| YH LEX ESTATES LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | |
| : | Adv. Pro. No. 22-01077 (JLG) |
| NIR MEIR, RANEE A. BARTOLACCI, and : | |
| ERMITAGE ONE, LLC, : | |
| : | |
| Defendants. : | |

-------------------------------------------------------------------x

**ORDER TO SHOW CAUSE WHY PROCEEDING SHOULD NOT BE REMANDED TO NEW YORK STATE SUPREME COURT**

Upon ~~reading~~ the Memorandum of Law in Support of YH Lex Estates LLC's Motion for an Order of Remand (the "Remand Motion") and the Declaration of Mark Hatch-Miller, Esq. in Support of the Order to Show Cause (the "Hatch-Miller Declaration"), and upon all prior pleadings and proceedings **[JLG]**:

LET Respondent Nir Meir, by his attorney, show cause before this Court, to be held in and for New York County, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, via ~~Zoom for Government~~ **CourtSolutions [JLG]**, on **the 21ˢᵗ day of April, 2022, at 2:00 p.m. (ET)** ~~of that day, or as soon thereafter as counsel can be heard,~~ **[JLG]** why an Order should not be made:

1. Remanding the above-captioned special proceeding to the Supreme Court of the State of New York, County of New York, where it was originally filed;

2. Awarding YH Lex Estates LLC its fees and costs in making this Remand Motion; and

3. Granting YH Lex Estates LLC such other and further relief as the Court deems just and

1

proper.

**THEREFORE**, on motion of Susman Godfrey L.L.P and Klestadt Winters Jureller Southard & Stevens, LLP, attorneys for YH Lex Estates LLC., it is hereby:

**ORDERED**, that service of a copy of this order, together with the papers upon which it is based, shall be served via ~~CM/ECF~~ **email and overnight mail (with two single-sided copies delivered to Chambers) [JLG]** on or before the **11th day of April, 2022**, and shall be deemed good and sufficient service; and it is further

**ORDERED**, that answering papers, if any, shall be served via ~~CM/ECF~~ **email and overnight mail (with two single-sided copies delivered to Chambers) [JLG]** on or before the day of **14th April, 2022 at 4:00 p.m. (ET)**, and it is further

**ORDERED**, that reply papers, if any, shall be served via ~~CM/ECF~~ **email and overnight mail (with two single-sided copies delivered to Chambers) [JLG]** so as to be received on or before the **18th day of April, 2022 at 4:00 p.m.(ET)**.

Dated : April 11, 2022
      New York, New York

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

2