DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Nir Meir*
120 Bloomingdale Road
White Plains, New York 10601
(914) 381-7400
JAMES B. GLUCKSMAN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
YH LEX ESTATES LLC,                                           Adv. Pro. No.
                                                              22-01077
                            Petitioner,

            -against-

NIR MEIR, RANEE A. BARTOLACCI, and
ERMITAGE ONE, LLC,

                            Respondents.

---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Davidoff Hutcher & Citron LLP hereby appears as attorneys for Nir Meir, in connection with the above-referenced Adversary Proceeding. It is requested that copies of any and all notices, pleadings, and orders be sent to:

DAVIDOFF HUTCHER & CITRON LLP
120 Bloomingdale Road
White Plains, New York 10601
Attn: James B. Glucksman, Esq.
Robert L. Rattet, Esq.
jbg@dhclegal.com
Telephone: 914-381-7400
Facsimile: 914-381-7406

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Fed.R.Bankr.P. Rule 9007of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to

in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE**, that request is also made that the undersigned by added to any official service list for notices of all contested matters, adversary proceedings, or other proceedings in this case.

Dated: White Plains, New York
April 11, 2022

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for The Williamsburg Hotel BK LLC*
120 Bloomingdale Road
White Plains, New York 10601
(914) 381-7400


By: */s/ James B. Glucksman*
JAMES B. GLUCKSMAN