UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------------X

YH LEX ESTATES LLC,                                          Adv. Pro. No. 22-01077 (JLG)

                                  Plaintiff,

          -against-

NIR MEIR, RANEE A. BARTOLACCI, ERMITAGE
ONE, LLC,

                                  Defendants.
-------------------------------------------------------------------X

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon the motion of Pankaj Malik, to be admitted *pro hac vice*, to represent Ranee A. Bartolacci and Ermitage One LLC, Defendants in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing in the bar of the State of New York and the United States District Court of the Eastern District of New York, it is hereby

ORDERED, that Pankaj Malik, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent Ranee A. Bartolacci and Ermitage One LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: April 11, 2022
        New York, New York

                                                      /s/ *James L. Garrity, Jr.*
                                                      HONORABLE JAMES L. GARRITY JR.
                                                      UNITED STATES BANKRUPTCY JUDGE