# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 02/16/2022 04:50 PM
NYSCEF DOC. NO. 7
22-01077-jlg    Doc 14-2    Filed 04/11/22    Entered 04/11/22 18:46:10    Exhibit B -
                        State Court OSC    Pg 2 of 3
INDEX NO. 151267/2022
RECEIVED NYSCEF: 02/16/2022

At an I.A.S. Part 3, of the Supreme Court of the State of New York, held in and for the County of New York at the Courthouse thereof, located at 60 Centre Street, New York, New York, on February 15, 2022.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| YH LEX ESTATES LLC,<br><br>         Petitioner,<br><br>- against -<br><br>NIR MEIR, RANEE A. BARTOLACCI and ERMITAGE ONE, LLC,<br><br>         Respondents. | Index No.: 151267/2022<br><br>Mot. Seq. 001<br><br>**ORDER TO SHOW CAUSE WHY PETITIONER SHOULD NOT BE GRANTED RELIEF ON ITS PETITION PURSUANT TO CPLR §§ 5225(a) AND (b) FOR DELIVERY OF PROPERTY IN THE POSSESSION OF RESPONDENTS** |

Pursuant to CPLR 403(d), upon reading and filing the accompanying Petition pursuant to CPLR §§ 5225(a) and (b), the accompanying Affirmation of Mark H. Hatch-Miller, and upon all other pleadings herein including the related proceedings under Index No. 655980/2020, let Judgment Debtor/Respondent Nir Meir ("Meir"), and Respondents Ranee A. Bartolacci ("Bartolacci"), and Ermitage One LLC ("Ermitage One"), show cause before IAS Part 3 of this Court on **April 19, 2022** (the "Return Date"), at 9:30 a.m. on that day or as soon thereafter as counsel can be heard, at Courtroom 208, New York County Courthouse, 60 Centre Street, New York, New York, why an Order should not be issued granting Judgment Creditor/Petitioner YH Lex Estates LLC ("YH") all of the relief sought via the Petition; and it is further

**ORDERED** that Meir's, Bartolacci's, and Ermitage's opposition papers shall be electronically filed and served via the Court's NYSCEF system on or before March 14, 2022; and

FILED: NEW YORK COUNTY CLERK 02/16/2022 04:50 PM
NYSCEF DOC. NO. 7
22-01077-jlg    Doc 14-2    Filed 04/11/22    Entered 04/11/22 18:46:10    Exhibit B -
State Court OSC    Pg 3 of 3
INDEX NO. 151267/2022
RECEIVED NYSCEF: 02/16/2022

it is further

**ORDERED** that YH's reply papers shall be electronically filed and served via the Court's NYSCEF system on or before March 28, 2022; and it is further

**ORDERED** that service of this order and the pleadings and other papers upon which it is based be made on or before February 25, 2022, pursuant to CPLR § 313 ("Service without the state giving personal jurisdiction"), or by other means if agreed to by Petitioner and Respondents, and that such service shall constitute good and sufficient service.

ENTERED:

_____

HON. JOEL M. COHEN, J.S.C.