UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YH LEX ESTATES LLC,

                Plaintiff,

                -against-

NIR MEIR, RANEE A. BARTOLACCI, and
ERMITAGE ONE, LLC,

                Defendants.
------------------------------------------------------------X

             Removed Proceeding
             Adv. Pro. No. 22-01077(JLG)

**ORDER SETTING DATE AND TIME FOR HEARING TO CONSIDER MOTION TO
TRANSFER REMOVED PROCEEDING TO DELAWARE BANKRUPTCY COURT**

      **UPON** the motion (the "Motion Shortening Time") of Nir Meir, one of the above named

defendants ("Meir"), by his attorneys, Davidoff Hutcher & Citron LLP, and no adverse interest

being represented, it is hereby

      **ORDERED,** that the Motion Shortening Time is hereby denied; and it is further

      **ORDERED,** that a hearing will be held before the Honorable James L. Garrity, Jr.,

United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green,

Courtroom 723, New York, New York 10004, by CourtSolutions only, on **May 5, 2022 at 2:00**

**p.m. (ET)** to consider the motion ("Motion") of Nir Meir to transfer the above captioned

removed proceeding to the Bankruptcy Court for the District of Delaware; and it is further

      **ORDERED,** that parties wishing to participate in the hearing must register in advance with

Court Solutions at www.court-solutions.com; and it is further

**ORDERED**, that a copy of this Order shall be served upon (a) all parties to this Adversary Proceeding and (b) all parties filing notices of appearance in this Adversary Proceeding by email and overnight mail no later than **April 15, 2022**; and it is further

**ORDERED,** that objections to the relief requested in the Motion must be in writing, stating with specificity the basis or bases on which such party in interest objects to the Motion, filed with the Bankruptcy Court in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov (Password and Login Required)), with two single-sided copies sent to Chambers and served upon Davidoff Hutcher & Citron LLP, attorneys for the Debtor, 605 Third Avenue, New York, New York 10158, attn: Robert L. Rattet, Esq. at rlr@dhclegal.com, so as to allow actual receipt by the foregoing no later than **April 25, 2022 at 4:00 p.m. (ET)**; and it is further

**ORDERED,** that replies to any objection shall be filed with the Court and served by email and overnight mail (with two single-sided copies sent to Chambers) on all parties no later than **April 29, 2022 at 4:00 p.m. (ET)**.

Dated:  New York, New York
            April 13, 2022

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE