**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YH LEX ESTATES LLC,<br><br>                                  Plaintiff,<br><br>v.<br><br>NIR MEIR, RANEE A. BARTOLACCI, and ERMITAGE ONE, LLC<br>                                Defendants. | Adversary Proceeding No.:<br>22-01077 (JLG)<br><br>(Removed Proceeding) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, John T. Carroll, III, request admission, ***pro hac vice***, before the Honorable James L. Garrity, Jr., to represent George L. Miller, in his capacity as Chapter 7 Trustee for the bankruptcy estates of *EAM 40 Meadow Lane LLC*, Case No. 22-10293 (BLS) and *EZL 40 Meadow Lane LLC*, Case No. 22-10294 (BLS) pending in the United States Bankruptcy Court for the District of Delaware in the above referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the States of Delaware, Pennsylvania and New Jersey, and, if applicable, the bar of the U.S. District Court for the Districts of Delaware, Pennsylvania and New Jersey.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  April 20, 2022

COZEN O'CONNOR

By:  /s/ *John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
Email:  jcarroll@cozen.com

*Counsel to George L. Miller, in his capacity as Chapter 7 Trustee for the bankruptcy estates of EAM 40 Meadow Lane LLC and EZL 40 Meadow Lane LLC*