# Merrill Lynch

RANEE BARTOLACCI
150 COLUMBUS AVE APT 19A
NEW YORK NY 10023-5969

Your Financial Advisor 3484
COMAS PLOTKIN GROUP
717 5TH AVE 7TH FL
NEW YORK NY    10022

Payer:
Merrill Lynch, Pierce, Fenner & Smith Inc
1800 Merrill Lynch Drive, MSC 0803
Pennington, NJ 08534-4129
Federal Identification Number 13-5674085

## 2008 TAX REPORTING STATEMENT

| 1099-DIV | 2008 Dividends and Distributions | (OMB NO. 1545-0110) |
|---|---|---|
| | | Amount |
| 1a | Total Ordinary Dividends | 452.19 |
| 1b | Qualified Dividends | 0.00 |
| 2a | Total Capital Gain Distributions | 220.38 |
| 2b | Unrecap. Sec. 1250 Gain | 0.00 |
| 2c | Section 1202 Gain | 0.00 |
| 2d | Collectibles (28%) Gain | 0.00 |
| 3 | Nondividend Distributions | 0.00 |
| 4 | Federal Income Tax Withheld | 0.00 |
| 5 | Investment Expenses | 0.00 |
| 6 | Foreign Tax Paid | 0.00 |
| 7 | Foreign Country or U.S. Possession | |
| 8 | Liquidation Distributions Cash | 0.00 |
| 9 | Liquidation Distributions Non-Cash (Fair Market Value) | 0.00 |

| 1099-INT | 2008 Interest Income | (OMB NO. 1545-0112) |
|---|---|---|
| | | Amount |
| 1 | Interest Income | 1,184.60 |
| 2 | Early Withdrawal Penalty | 0.00 |
| 3 | Interest On U.S. Savings Bonds and Treasury Obligations | 0.00 |
| 4 | Federal Income Tax Withheld | 0.00 |
| 5 | Investment Expenses | 0.00 |
| 6 | Foreign Tax Paid | 0.00 |
| 7 | Foreign Country or U.S. Possession | |
| 8 | Tax Exempt Interest | 3,129.25 |
| 9 | Specified Private Activity Bond Interest | 0.00 |

| Summary of 2008 Original Issue Discount Items | |
|---|---|
| | Amount |
| 1 Original Issue Discount | 0.00** |
| 6 Original Issue Discount on US Treasury Obligations | 0.00** |
| Total Original Issue Discount is the Sum of Line 1 and 6 | 0.00** |

** Amounts of Original Issue Discount are individually reported to the IRS. Refer to the 2008 Original Issue Discount detail section of this statement.

| Summary of 2008 Proceeds from Broker & Barter Exchange Transactions | |
|---|---|
| | Amount |
| 2 Gross Proceeds Less Commissions | 50,000.00 |
| 4 Federal Income Tax Withheld | 0.00 |

Gross Proceeds from each of your 2008 securities trades are individually reported to the IRS. Refer to the 2008 Gross Proceeds detail section of this statement.

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanctions may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

You may reach a Tax Representative at 1-800-637-6326

 **Merrill Lynch**

 
RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

| 1099-MISC | 2008 Miscellaneous Income | (OMB NO. 1545-0115) |
|---|---|---|
| | | Amount |
| 2 | Royalties ........................................................ | 0.00 |
| 3 | Other Income.................................................. | 0.00 |
| 4 | Federal Income Tax Withheld....................... | 0.00 |
| 8 | Substitute Payments in Lieu of Dividends or Interest | 0.00 |

See Instructions Below for an Explanation

**This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanctions may be imposed on you if this income is taxable and the IRS determines that it has not been reported.**

### INSTRUCTIONS FOR RECIPIENT OF FORMS 1099 - READ CAREFULLY

The amounts listed on Forms 1099-DIV, 1099-INT, 1099-OID, 1099-MISC and 1099-B represent interest, dividends, miscellaneous income, and/or gross proceeds payments made or credited to your account during the calendar year indicated on these forms, as well as any original issue discount (OID) accrued during the calendar year.

Real Estate Mortgage Investment Conduits (REMIC's) and other Collateralized Debt Obligations (CDO's) must report interest income or OID paid or accrued during the tax year to a regular interest holder. If you are a holder of a REMIC and/or CDO obligation, such interest income or OID will not be reflected on the Form 1099-INT or 1099-OID appearing on this Tax Reporting Statement because this information is unavailable to Merrill Lynch prior to publication. Such information will be sent to you separately for inclusion on your income tax return.

If you are an investor in a limited partnership, information concerning your distributive share of the partnership's taxable income or loss (Form 1065, Schedule K-1) will not appear on the Tax Reporting Statement. Such information will be sent to you directly from the limited partnership, for inclusion on your income tax return.

**Nominees -** If your Federal Taxpayer Identification Number is shown on this form and includes amounts belonging to another person, you are considered a nominee recipient. You must file Form 1099-DIV, 1099-INT, 1099-OID, 1099-MISC or 1099-B, as applicable, with the IRS, for each of the other owners to show their share of the income, and you must furnish a Form 1099-DIV, 1099-INT, 1099-OID, 1099-MISC or 1099-B to each owner. A husband and wife is not required to file a nominee return to show amounts owned by the other. **See the Instructions for Forms 1099, 1098, 5498, and W-2G.**

**Foreign Tax Paid -** You may be able to claim this foreign tax as a deduction or a credit on Form 1040. See your Form 1040 instructions.

**Backup Withholding -** Persons not furnishing their taxpayer identification number to the payer become subject to backup withholding on certain payments at a rate of 28%, including dividends, interest, and gross proceeds from dispositions of securities. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. **Include this amount on your income tax return as tax withheld.**

**1099-MISC - Miscellaneous Income (OMB No. 1545-0115)**
In addition to the Form 1099-MISC we provide, each royalty trust is required to provide their shareholders with detailed information regarding items of trust income and deductions, which will help shareholders in preparing their tax return. Generally, shareholders report this information on Schedule E of Form 1040. Because the information reported to shareholders by the royalty trust includes the information we report to you on Form 1099-MISC, you should be careful not to report this income on your tax return twice. The royalty trusts generally make this tax information available in March, and we will forward it to you upon receipt. Accordingly, you should be aware of your tax filing deadline and determine if an extension of time to file will be necessary.
Line 2 - Shows the royalty trust income paid to your account during the tax year.
Line 3 - Generally, report this amount on the "Other Income" line of Form 1040 and identify the payment. The amount shown may be payments you received as the beneficiary of a deceased employee, prizes, awards, taxable damages, or other taxable income. **See Pub 525, Taxable and Nontaxable Income.**
Line 8 - Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf after transfer of your securities for use in a short sale. Report on the "Other Income" line of Form 1040.

 **Merrill Lynch**


RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### 1099-DIV - DIVIDENDS AND DISTRIBUTIONS (OMB No. 1545-0110)

Line 1a - Shows total ordinary dividends that are taxable. Include this amount on Line 9a of Form 1040 or 1040A. Also report it on Schedule B (Form 1040) or Schedule 1 (Form 1040A), if required. The amount shown may be a distribution from an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040/1040A but treat it as a plan distribution, not as investment income, for any other purpose.

Line 1b - Shows the portion of the amount on Line 1a that may be eligible for the 15% or zero capital gains rates. See the Form 1040/1040A instructions for how to determine this amount. Report the eligible amount on Line 9b, Form 1040 or 1040A.

Line 2a - Shows total capital gain distributions (long-term) from a regulated investment company or real estate investment trust. Report the amounts shown on line 2a on Schedule D (Form 1040), Line 13. But if no amount is shown on Lines 2b-2d and your only capital gains and losses are capital gain distributions, you may be able to report the amounts as shown on Line 2a on Line 13 of Form 1040 (Line 10 of Form 1040A) rather than Schedule D. See the Form 1040 or 1040A instructions.

Line 2b - Shows the portion of the amount on Line 2a that is unrecaptured section 1250 gain from certain depreciable real property. Report this amount on the Unrecaptured Section 1250 Gain Worksheet-Line 19 in the instructions for Schedule D (Form 1040).

Line 2c - Shows the portion of the amount on Line 2a that is Section 1202 gain from certain small business stock that may be subject to a 50% exclusion. See the Schedule D (Form 1040) instructions.

Line 2d - Shows 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet-Line 18 in the instructions for Schedule D (Form 1040).

Line 3 - This part of the distribution is nontaxable because it is a return of your cost (or other basis). You must reduce your cost (or other basis) by this amount for figuring gain or loss when you sell your stock. But if you get back all your cost (or other basis), you must report future distributions as capital gains. For more information, see Publication 550, Investment Income and Expenses.

Line 5 - Any amount shown is your share of expenses of a nonpublicly offered regulated investment company, generally a nonpublicly offered mutual fund. If you file Form 1040 you may deduct these expenses on the "Other Expenses" line on Schedule A (Form 1040) subject to the 2% limit. This amount is included on Line 1a.

Lines 8 and 9 - Shows cash and noncash liquidation distributions.

### 1099-INT - INTEREST INCOME (OMB No. 1545-0112)

Line 1 - Shows taxable interest paid to you during the calendar year by the payer. This does not include interest shown on Line 3. If you receive a Form 1099-INT for interest paid on a tax-exempt obligation, see the instructions for your income tax return.

Line 2 - Shows interest or principal forfeited because of early withdrawal of time savings. You may deduct this amount to figure your adjusted gross income on your income tax return. See the instructions for Form 1040 to see where to take this deduction.

Line 3 - Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not be all taxable. See Publication 550, Investment Income and Expenses. This interest is exempt from state and local income taxes. This interest is not included on Line 1.

Line 5 - Any amount shown is your share of investment expenses of Unit Investment Trust or a single-class REMIC. If you file Form 1040, you may deduct these expenses on the "Other Expenses" line of Schedule A (Form 1040) subject to the 2% limit. This amount is included on Line 1.

Line 8 - Shows tax-exempt interest, including exempt-interest dividends from a mutual fund or other regulated investment company, paid to you during the calendar year by the payer. Report this amount on line 8b of Form 1040 or Form 1040A. This amount may be subject to backup withholding.

Line 9 - Shows tax-exempt interest subject to the alternative minimum tax. This amount is included on Line 8. See the instructions for Form 6251, Alternative Minimum Tax - Individuals.

### 1099-OID - ORIGINAL ISSUE DISCOUNT (OMB No. 1545-0117)

Original issue discount (OID) is the excess of an obligation's stated redemption price at maturity over its issue price (acquisition price for a stripped bond or coupon). OID is taxable as interest over the life of the obligation. If you are the holder of an OID obligation, generally you must include an amount of OID in your gross income each year you hold the obligation. Obligations that may have OID include a bond, debenture, note, certificate, or other evidence of indebtedness having a term of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements, especially if the payment of interest is deferred until maturity. In addition, the OID rules apply to Treasury inflation-indexed securities. See Pub. 550, Investment Income and Expenses, for more information.

Line 1 - Shows the OID on the obligation for the part of the year you owned it. Report the entire amount on Line 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium or if the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212, Guide to Original Issue Discount Instruments, for details on how to figure the correct OID.

Line 6 - Shows OID on a U.S. Treasury obligation for the part of the year you owned it. Report this amount as interest income on your federal income tax return, and see Pub. 1212 to figure any appropriate adjustments to this amount. This OID is exempt from state and local income taxes and is not included on Line 1.

### 1099-B - PROCEEDS FROM BROKER AND BARTER EXCHANGE TRANSACTIONS (OMB-1545-0715)

The amounts shown under the heading "GROSS PROCEEDS LESS COMMISSIONS" are the proceeds from transactions (including short sales) involving stocks, bonds, other debt obligations, and other securities. Report this amount on Schedule D (Form 1040). In the detailed listing of gross proceeds transactions, the "TRADE DATE" rather than the "SETTLEMENT DATE," is the date of disposition for Federal income tax purposes. The "CUSIP" column contains the CUSIP number (i.e., the security identification number) of the item reported. The "SECURITY DESCRIPTION" column contains a brief description of the item for which the proceeds are being reported.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) is a registered broker-dealer and wholly owned subsidiary of Bank of America Corporation
Member, Securities Investor Protection Corporation (SIPC)

**Merrill Lynch**

RANEE BARTOLACCI

THIS PAGE WAS INTENTIONALLY LEFT BLANK

**Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### 1099-B

2008 PROCEEDS FROM BROKER & BARTER EXCHANGE TRANSACTIONS          (OMB NO. 1545-0715)

| Security Description | Cusip Number | Quantity | Transaction Description | Trade Date | Federal Income Tax Withheld | LINE 2 1099-B Gross Proceeds* | Remarks |
|---|---|---|---|---|---|---|---|
| CD MLB&T CO FSB NEW YORK, NY 03.700% DEC 24 2008 | 59020DJ38 | 50000.0000 | Redemption | 12/24/08 | | 50,000.00 | |
| TOTAL GROSS PROCEEDS | | | | | | 50,000.00 | |

\* Gross Proceeds and above transaction details from each of your 2008 securities trades are individually reported to the IRS (less commissions).

#### IMPORTANT TAX INFORMATION

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanctions may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

Your Tax Reporting Statement information that follows is a personal summary of your account activity and is not reported to the IRS.

The Capital Gain and Loss Transaction section is provided to facilitate your review and the preparation of your tax return. In calculating gain (loss), unless otherwise noted, it was assumed that the oldest position was liquidated first, and that an election was in effect to amortize the premium paid on the purchase of taxable bonds. The gain (loss) information may not include return of capital, sales load deferral or wash sales adjustments. RICs (which may include mutual funds and unit investment trusts) may reclassify principal distributions as capital gains. The Cost Basis for these securities may not have been adjusted on your statement to reflect such reclassifications. Please refer to information provided by the RIC and discuss with your tax advisor. Securities distributed from a retirement account reflect the tax basis on the date of distribution. Other methods for calculating gain (loss) are available. The cost basis for most Original Issue Discount ("OID") obligations includes the accretion of OID. For purposes of allocating original purchase price to the components of an equity unit consisting of a purchase contract and a debt security subject to a remarketing event, we assumed that the fair market value of the debt security on purchase date was equal to its adjusted issue price. The difference between your original cost and the amount allocable to the debt component was allocated to the purchase contract. In making adjustments to the cost basis of the purchase contract, it was assumed that the unit holder included contract adjustment payments in income when received.

Data from Forms 1099 (reportable Dividend and Interest) is also repeated in this summary for your convenience. Additionally, we have included items such as margin interest and select account fees if applicable. Please discuss the deductibility of these items with your tax advisor. For select clients, we have also included a summary of Visa charges and checking activity.

Merrill Lynch is neither a tax return preparer or tax advisor. Please see your tax advisor for more information.

### 2008 CAPITAL GAIN AND LOSS TRANSACTIONS

| Security Description | Quantity | Date Acquired Cover of Short | Date Liquidated Short Sale | Amortization/Accretion Year-to-Date | Life-to-Date | Sales Price | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|---|---|
| **SHORT TERM CAPITAL GAINS** | | | | | | | | |
| CD MLB&T CO FSB | 50000.0000 | 09/15/08 | 12/24/08 | | | 50,000.00 | 50,000.00 | 0.00 |
| | | | Subtotal | | | 50,000.00 | 50,000.00 | 0.00 |
| NET SHORT TERM CAPITAL GAIN (LOSS) | | | | | | | | 0.00 |
| TOTAL CAPITAL GAINS AND LOSSES | | | | | | 50,000.00 | 50,000.00 | 0.00 |
| TOTAL REPORTABLE GROSS PROCEEDS | | | | | | 50,000.00 | | |
| DIFFERENCE | | | | | | 0.00 * | | |

Note: Capital gains and losses in this statement are not reported to the IRS.
* Difference reflects items that are included in the reportable gross proceeds section of your statement but are not included in the gain/loss section (e.g., liquidation of fractional shares and the proceeds from certain tender offers). It also reflects items that are included in the gain/loss section of your statement but not in the reportable gross proceeds section (e.g., option premium received).



**Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### REALIZED CAPITAL GAIN AND LOSS SUMMARY

|       | SHORT TERM GAINS | SHORT TERM LOSSES | LONG TERM GAINS | LONG TERM LOSSES |
|-------|------------------|-------------------|-----------------|------------------|
| TOTAL | 0.00             | 0.00              | 0.00            | 0.00             |



**Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### 2008 DIVIDENDS AND QUALIFIED DIVIDEND DISTRIBUTIONS

| Security Description | Quantity | Date | Transaction Description | Amount | Qualified Dividend | Remarks |
|---|---|---|---|---|---|---|
| ML INSTITUTIONAL FUND | | 09/30/08 | Dividend | 449.15 | 0.00 | |
| | | 10/31/08 | Dividend | 1.21 | 0.00 | |
| | | 11/28/08 | Dividend | 0.95 | 0.00 | |
| | | 12/31/08 | Dividend | 0.88 | 0.00 | |
| | | | *Security Subtotal* | *452.19* | *0.00* | |

| | | |
|---|---|---|
| TOTAL DIVIDEND ACTIVITY | 452.19 | |
| TOTAL ORDINARY DIVIDENDS (LINE 1A 1099-DIV) | 452.19 | |
| TOTAL QUALIFIED DIVIDENDS (LINE 1B 1099-DIV) | | 0.00 |

 **Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### 2008 DIVIDENDS AND DISTRIBUTIONS

| Security Description | Quantity | Date | Transaction Description | Amount | Remarks |
|---|---|---|---|---|---|
| *CAPITAL GAIN DISTRIBUTIONS* | | | | | |
| *LONG-TERM CAPITAL GAINS DISTRIBUTIONS* | | | | | |
| FRANKLIN NEW YORK TAX FREE INCOME FUND CL A | | 12/04/08 | Long Term Capital Gain | 220.38 | |
| TOTAL LONG-TERM CAPITAL GAINS DISTRIBUTIONS | | | | 220.38 | |
| TOTAL CAPITAL GAIN DISTRIBUTIONS (LINE 2A 1099-DIV) | | | | 220.38 | |



**Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### 2008 INTEREST INCOME

| Security Description | Quantity | Date | Transaction Description | Amount | Remarks |
|---|---|---|---|---|---|
| **INTEREST** | | | | | |
| CD MLB&T CO FSB<br>NEW YORK, NY<br>03.700% DEC 24 2008 | | 12/24/08 | Interest | 461.23 | |
| ML BANK DEPOSIT PROGRAM | | 09/30/08 | Bank Interest | 4.04 | |
| | | 10/31/08 | Bank Interest | 0.01 | |
| | | 12/31/08 | Bank Interest | 1.77 | |
| | | | *Security Subtotal* | *5.82* | |
| ISA BANK | | 09/30/08 | Interest | 125.59 | |
| | | 10/31/08 | Interest | 411.06 | |
| | | 11/28/08 | Interest | 111.12 | |
| | | 12/31/08 | Interest | 69.78 | |
| | | | *Security Subtotal* | *717.55* | |

| | |
|---|---|
| TOTAL INTEREST ACTIVITY | 1,184.60 |
| TOTAL INTEREST (LINE 1 1099-INT) | 1,184.60 |
| TOTAL INTEREST ON US SAVINGS BONDS AND TREASURY OBLIGATIONS (LINE 3 1099-INT) | 0.00 |

 **Merrill Lynch**

 
RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### 2008 REPORTABLE TAX EXEMPT INCOME

| Security Description | Quantity | Date | Transaction Description | Total Amount | AMT Amount | Remarks |
|---|---|---|---|---|---|---|
| **TAX EXEMPT DIVIDENDS** | | | | | | |
| FRANKLIN NEW YORK TAX | | 10/06/08 | Dividend | 182.37 | 0.00 | |
| FREE INCOME FUND CL A | | 11/06/08 | Dividend | 183.08 | 0.00 | |
| | | 12/04/08 | Dividend | 183.80 | 0.00 | |
| | | | Security Subtotal | 549.25 | 0.00 | |
| TOTAL TAX EXEMPT DIVIDENDS | | | | 549.25 | 0.00 | |
| **TAX EXEMPT INTEREST ON MUNICIPAL SECURITIES** | | | | | | |
| NY ST EFC ST CLN-DRNKNG | | 12/15/08 | Interest | 350.00 | 0.00 | |
| WTR RV REVOLVING SER C | | | | | | |
| OCT05 03.500%JUN15 10 | | | | | | |
| WELLSVILLE NY CENT SCH | | 12/15/08 | Interest | 300.00 | 0.00 | |
| DIST RF SCH GTD FSA | | | | | | |
| SEP02 04.000%JUN15 13 | | | | | | |
| GREECE NY CENT SCH DIST | | 12/15/08 | Interest | 212.50 | 0.00 | |
| OID FSA | | | | | | |
| NOV01 04.250%JUN15 14 | | | | | | |
| METRO TRNSN AUTH NY DED | | 11/17/08 | Interest | 190.00 | 0.00 | |
| TAX FD SER A RF OID FSA | | | | | | |
| AUG02 03.800%NOV15 11 | | | | | | |
| NEW YORK NY FSA-CR | | 11/17/08 | Interest | 300.00 | 0.00 | |
| SER A OID FSA PRF10 | | | | | | |
| JUN00 06.000%MAY15 30 | | | | | | |
| NEW YORK ST EFC ST | | 12/15/08 | Interest | 330.00 | 0.00 | |
| CLEAN-DRNKNG WTR REV J | | | | | | |
| OCT02 03.300%JUN15 11 | | | | | | |
| NEW YORK ST ENV FACS CRP | | 12/15/08 | Interest | 162.50 | 0.00 | |
| ST CLN-WTR DRKG RV I OID | | | | | | |
| OCT03 03.250%JUN15 11 | | | | | | |

 **Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### 2008 REPORTABLE TAX EXEMPT INCOME

| Security Description | Quantity | Date | Transaction Description | Total Amount | AMT Amount | Remarks |
|---|---|---|---|---|---|---|
| SAG HARBOR NY UN FREE<br>SCH DIST FSA<br>AUG02 04.200%JUN15 13 | | 12/15/08 | Interest | 735.00 | 0.00 | |
| TOTAL TAX EXEMPT INTEREST ON MUNICIPAL SECURITIES | | | | 2,580.00 | 0.00 | |
| TOTAL TAX EXEMPT INCOME (LINE 8 1099-INT) | | | | 3,129.25 | | |
| TOTAL SPECIFIED PRIVATE ACTIVITY BOND INTEREST (LINE 9 1099-INT) | | | | | 0.00 | |


**Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### 2008 OTHER DISTRIBUTIONS AND CHARGES*

| Security Description | Quantity | Date | Transaction Description | Total Amount | AMT Amount | Remarks |
|---|---|---|---|---|---|---|
| *LIMITED PARTNERSHIP DIVIDENDS* | | | | | | |
| BUCKEYE GP HLDGS LP | 500 | 11/28/08 | Dividend | 160.00 | | SEE NOTE |

**TOTAL LIMITED PARTNERSHIP DIVIDENDS**    160.00

Investors in Limited Partnerships will receive information regarding these investments via Form 1065, Schedule K-1 directly from the partnership under separate cover. Certain hedge fund Limited Partnerships may not be in a position to distribute K-1s prior to April 15. If you are an investor in Limited Partnerships, you may be required to obtain an extension for filing your federal, state and local income tax returns.

### NON-TAXABLE MUNICIPAL ACCRUED INTEREST PAID

| Security Description | Quantity | Date | Transaction Description | Total Amount | AMT Amount | Remarks |
|---|---|---|---|---|---|---|
| NY ST EFC ST CLN-DRNKNG WTR RV REVOLVING SER C OCT05 03.500%JUN15 10 | 20000 | 09/25/08 | Interest Paid | (194.44) | 0.00 | |
| WELLSVILLE NY CENT SCH DIST RF SCH GTD FSA SEP02 04.000%JUN15 13 | 15000 | 09/23/08 | Interest Paid | (163.33) | 0.00 | |
| GREECE NY CENTRAL SCH DIST OID FSA NOV01 04.250%JUN15 14 | 10000 | 10/17/08 | Interest Paid | (144.03) | 0.00 | |
| METRO TRAN AT NY TRAN FACS REV C RF FSA PRF12 NOV98 05.125%JUL01 14 | 20000 | 09/23/08 | Interest Paid | (233.47) | 0.00 | |
| METRO TRNSN AUTH NY DED TAX FD SER A RF OID FSA AUG02 03.800%NOV15 11 | 10000 | 09/29/08 | Interest Paid | (141.44) | 0.00 | |
| NY ST EFC ST CLN-DRNKNG WTR RV NYC MUN WTR FIN A JUN06 04.000%JUN15 13 | 10000 | 12/22/08 | Interest Paid | (7.78) | 0.00 | |



**Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

### 2008 OTHER DISTRIBUTIONS AND CHARGES*

| Security Description | Quantity | Date | Transaction Description | Total Amount | AMT Amount | Remarks |
|---|---|---|---|---|---|---|
| NEW YORK NY<br>SER E RF<br>JUN02 05.625%AUG01 15 | 15000 | 09/22/08 | Interest Paid | (119.53) | 0.00 | |
| NEW YORK NY CR<br>SER H RF FSA<br>DEC04 05.000%AUG01 13 | 25000 | 12/04/08 | Interest Paid | (427.08) | 0.00 | |
| NEW YORK NY FSA-CR<br>SER A OID FSA PRF10<br>JUN00 06.000%MAY15 30 | 10000 | 09/24/08 | Interest Paid | (215.00) | 0.00 | |
| NEW YORK ST EFC ST<br>CLEAN-DRNKNG WTR REV J<br>OCT02 03.300%JUN15 11 | 20000 | 11/20/08 | Interest Paid | (284.17) | 0.00 | |
| NEW YORK ST ENV FACS CRP<br>ST CLN-WTR DRKG RV I OID<br>OCT03 03.250%JUN15 11 | 10000 | 10/22/08 | Interest Paid | (114.65) | 0.00 | |
| SAG HARBOR NY UN FREE<br>SCH DIST FSA<br>AUG02 04.200%JUN15 13 | 35000 | 09/25/08 | Interest Paid | (408.33) | 0.00 | |
| TOTAL NON-TAXABLE MUNICIPAL ACCRUED INTEREST PAID | | | | (2,453.25) | 0.00 | |

*INVESTMENT FEE INFORMATION*

| | | | | | | |
|---|---|---|---|---|---|---|
| ML PERSONAL ADVISOR | | | | (468.84) | | SEE NOTE |

*Information in the Other Distributions and Charges section may have an impact on your Alternative Minimum Tax (AMT) calculation. Consult your tax advisor for more details.


**Merrill Lynch**

RANEE BARTOLACCI

## 2008 TAX REPORTING STATEMENT

THE VISA SIGNATURE SUMMARY STATEMENT TRACKS ALL OF YOUR CARD TRANSACTIONS BY DATE AND MERCHANT CATEGORY, KEEPS YOUR CHECKS ORGANIZED NUMERICALLY AND EVEN PROVIDES A MONTH-BY-MONTH ANALYSIS OF ALL YOUR CARD AND CHECKING EXPENSES. THIS INFORMATION IS FOR PERSONAL REVIEW AND IS NOT REPORTED TO THE IRS. THIS ANNUAL SUMMARY STATEMENT CAN HELP YOU, YOUR ACCOUNTANT OR YOUR TAX ADVISOR WITH YOUR FINANCIAL PLANNING AND YOUR TAX PREPARATION.

## 2008 CHECK SUMMARY

| Check Number | Date Written | Date Cleared | Payee | Amount | Client Workspace |
|---|---|---|---|---|---|
| 0000 | 10/29 | 10/29 | AMERICAN EXPRESS | 37,110.13 | |
| 0000 | 11/24 | 11/24 | AMERICAN EXPRESS | 31,316.94 | |
| 0000 | 12/10 | 12/10 | CON ED OF NY | 262.09 | |
| 0000 | 12/22 | 12/22 | AMERICAN EXPRESS | 8,588.67 | |
| 0000 | 12/22 | 12/22 | AMERICAN EXPRESS | 21,878.14 | |
| 0101 | 10/10 | 10/14 | PAYEE UNRECORDED | 5,383.00 | |
| 0102 | 10/10 | 10/14 | MR HOD | 35,000.00 | |
| 0103 | 10/13 | 10/14 | NIR MEIR | 165,000.00 | |
| 0104 | 10/15 | 10/15 | AMEX | 36,626.50 | |
| 0105 | 10/13 | 10/16 | CHUBB | 1,030.02 | |
| 0106 | 10/13 | 10/17 | CHUBB | 201.05 | |
| 0107 | 10/17 | 10/17 | CHUBB | 992.45 | |
| 0109* | 10/24 | 11/05 | DALLAS CHANDA AND JIMMY | 500.00 | |
| 0110# | 11/03 | 11/03 | Chase Auto | 1,560.07 | |
| 0111# | 12/04 | 12/04 | Chase Auto | 1,560.07 | |
| 0112 | 11/30 | 12/04 | CHUBB GRP OF INS | 640.20 | |
| 0113 | 11/30 | 12/09 | CHUBB | 1,407.00 | |
| 0114 | 12/01 | 12/09 | IRS REALTY | 9,500.00 | |
| 0115 | 12/26 | 12/26 | CHUBB INSURANCE | 325.10 | |
| 0116# | 12/29 | 12/29 | Chase Auto | 1,560.07 | |

TOTAL CHECKING ACTIVITY                                    360,441.50

#Check converted to ACH debit by payee

**Merrill Lynch**

RANEE BARTOLACCI

### 2008 EXPENSES BY MONTH

|  | JAN | FEB | MAR | APR | MAY | JUN | 2008 SUBTOTAL |
|---|---|---|---|---|---|---|---|
| Lodging | - | - | - | - | - | - | - |
| Restaurants | - | - | - | - | - | - | - |
| Car Rental | - | - | - | - | - | - | - |
| Airlines/Travel Agents | - | - | - | - | - | - | - |
| Entertainment/Recreation | - | - | - | - | - | - | - |
| Service Stations | - | - | - | - | - | - | - |
| Health Care | - | - | - | - | - | - | - |
| Education | - | - | - | - | - | - | - |
| Merchandise | - | - | - | - | - | - | - |
| Cash Advances | - | - | - | - | - | - | - |
| ATM Cash Withdrawals | - | - | - | - | - | - | - |
| Other/Unclassified | - | - | - | - | - | - | - |
| Visa Credit | - | - | - | - | - | - | - |
| Total Net Charges: | - | - | - | - | - | - | - |
| Total Checking: | - | - | - | - | - | - | - |
| Total Expenses: | - | - | - | - | - | - | - |

### 2008 EXPENSES BY MONTH

|  | JUL | AUG | SEP | OCT | NOV | DEC | 2008 SUBTOTAL |
|---|---|---|---|---|---|---|---|
| Lodging | - | - | - | - | - | - | - |
| Restaurants | - | - | - | - | - | - | - |
| Car Rental | - | - | - | - | - | - | - |
| Airlines/Travel Agents | - | - | - | - | - | - | - |
| Entertainment/Recreation | - | - | - | - | - | - | - |
| Service Stations | - | - | - | - | - | - | - |
| Health Care | - | - | - | - | - | - | - |
| Education | - | - | - | - | - | - | - |
| Merchandise | - | - | - | - | - | - | - |
| Cash Advances | - | - | - | - | - | - | - |
| ATM Cash Withdrawals | - | - | - | - | - | - | - |
| Other/Unclassified | - | - | - | - | - | - | - |
| Visa Credit | - | - | - | - | - | - | - |
| Total Net Charges: | - | - | - | - | - | - | - |
| Total Checking: | - | - | - | 281,343.15 | 33,377.01 | 45,721.34 | 360,441.50 |
| Total Expenses: | - | - | - | 281,343.15 | 33,377.01 | 45,721.34 | 360,441.50 |

\*\*END OF STATEMENT\*\*