**Merrill Lynch**

RANEE BARTOLACCI-MEIR AND

## 2009 TAX REPORTING STATEMENT

THE VISA SIGNATURE SUMMARY STATEMENT TRACKS ALL OF YOUR CARD TRANSACTIONS BY DATE AND MERCHANT CATEGORY, KEEPS YOUR CHECKS ORGANIZED NUMERICALLY AND EVEN PROVIDES A MONTH-BY-MONTH ANALYSIS OF ALL YOUR CARD AND CHECKING EXPENSES. THIS INFORMATION IS FOR PERSONAL REVIEW AND IS NOT REPORTED TO THE IRS. THIS ANNUAL SUMMARY STATEMENT CAN HELP YOU, YOUR ACCOUNTANT OR YOUR TAX ADVISOR WITH YOUR FINANCIAL PLANNING AND YOUR TAX PREPARATION.

## 2009 CHECK SUMMARY

| Check Number | Date Written | Date Cleared | Payee | Amount | Client Workspace |
|---|---|---|---|---|---|
| 0000 | 01/12 | 01/12 | CON ED OF NY | 363.18 | |
| 0000 | 01/22 | 01/22 | AMERICAN EXPRESS | 29,007.15 | |
| 0000 | 02/11 | 02/11 | CON ED OF NY | 290.23 | |
| 0000 | 02/23 | 02/23 | AMERICAN EXPRESS | 11,431.83 | |
| 0000 | 02/23 | 02/23 | AMERICAN EXPRESS | 43,582.42 | |
| 0000 | 03/02 | 03/02 | AMERICAN EXPRESS | 648.42 | |
| 0000 | 03/13 | 03/13 | CON ED OF NY | 165.64 | |
| 0000 | 03/20 | 03/20 | AMERICAN EXPRESS | 1,729.47 | |
| 0000 | 04/06 | 04/06 | AMERICAN EXPRESS | 7,524.89 | |
| 0000 | 04/13 | 04/13 | CON ED OF NY | 156.96 | |
| 0000 | 04/21 | 04/21 | AMERICAN EXPRESS | 12,508.63 | |
| 0000 | 04/23 | 04/23 | AMERICAN EXPRESS | 10,003.62 | |
| 0000 | 05/01 | 05/01 | AMERICAN EXPRESS | 1,522.38 | |
| 0000 | 05/12 | 05/12 | CON ED OF NY | 165.06 | |
| 0000 | 05/26 | 05/26 | AMERICAN EXPRESS | 31,417.02 | |
| 0000 | 06/04 | 06/04 | AMERICAN EXPRESS | 19,294.36 | |
| 0000 | 06/11 | 06/11 | CON ED OF NY | 148.39 | |
| 0000 | 06/17 | 06/17 | HANN | 3,809.00 | |
| 0000 | 06/23 | 06/24 | AMERICAN EXPRESS | 21,180.16 | |
| 0000 | 06/30 | 06/30 | AMERICAN EXPRESS | 1,194.12 | |
| 0000 | 07/10 | 07/10 | HANN | 1,905.00 | |
| 0000 | 07/13 | 07/13 | CON ED OF NY | 187.90 | |
| 0000 | 07/21 | 07/21 | AMERICAN EXPRESS | 12,255.69 | |
| 0000 | 07/22 | 07/22 | AMERICAN EXPRESS | 9,894.80 | |
| 0000 | 07/31 | 07/31 | AMERICAN EXPRESS | 7,548.92 | |
| 0000 | 08/11 | 08/11 | CON ED OF NY | 204.68 | |
| 0000 | 08/19 | 08/19 | AMERICAN EXPRESS | 15,000.00 | |
| 0000 | 09/10 | 09/10 | CON ED OF NY | 190.47 | |
| 0000 | 09/21 | 09/21 | BILLMATRIX | 1.95 | |
| 0000 | 09/21 | 09/21 | CHUBB PERSONAL C | 959.01 | |
| 0000 | 09/22 | 09/22 | AMERICAN EXPRESS | 19,415.73 | |
| 0000 | 10/09 | 10/09 | CON ED OF NY | 167.19 | |

22-01077-jlg   Doc 34-4   Filed 04/21/22   Entered 04/21/22 22:34:30   Exhibit D -
Excerpt 2009 Tax Reporting Statement   Pg 2 of 3

Page
17 of 19



**Merrill Lynch**

RANEE BARTOLACCI-MEIR AND

## 2009 TAX REPORTING STATEMENT

### 2009 CHECK SUMMARY

| Check Number | Date Written | Date Cleared | Payee | Amount | Client Workspace |
|---|---|---|---|---|---|
| 0000 | 11/10 | 11/10 | CON ED OF NY | 237.42 | |
| 0000 | 12/11 | 12/11 | CON ED OF NY | 194.14 | |
| 0000 | 12/21 | 12/22 | AMERICAN EXPRESS | 14,286.46 | |
| 0117 | 01/02 | 01/12 | LRS REALTY ASSOCIATES | 9,500.00 | |
| 0118# | 02/03 | 02/03 | Chase Auto | 1,560.07 | |
| 0119 | 02/04 | 02/25 | NEW YORK WALK & TRAIN | 520.00 | |
| 0120 | 02/02 | 02/23 | GREG GUVENLIAN | 1,600.00 | |
| 0121 | 03/11 | 03/11 | FOR FETCHED ACRES | 725.00 | |
| 0122# | 03/03 | 03/03 | Chase Auto | 1,560.07 | |
| 0123 | 03/04 | 03/12 | IRS REALTY | 9,500.00 | |
| 0124 | 03/04 | 03/09 | GOTHAM PUPS | 25.00 | |
| 0125 | 03/20 | 03/23 | PINNACLE FINANCIAL GRP | 104.49 | |
| 0126 | 03/24 | 03/24 | CHUBB | 2,137.62 | |
| 0127 | 03/19 | 03/24 | CHUBB | 640.20 | |
| 0128 | 03/19 | 03/24 | CHUBB | 89.97 | |
| 0129 | 03/19 | 03/24 | CHUBB | 865.66 | |
| 0130 | 03/20 | 03/31 | AMERICAN FRIENDS OF SHEBA | 500.00 | |
| 0214* | 03/31 | 04/03 | ROBIN RICKARD | 2,340.00 | |
| 0215 | 04/01 | 04/06 | CHUBB | 1,818.52 | |
| 0216 | 04/01 | 04/06 | CHUBB | 427.80 | |
| 0217# | 04/06 | 04/06 | Chase Auto | 1,560.07 | |
| 0218 | 04/03 | 04/07 | PAUL | 680.00 | |
| 0219 | 04/17 | 04/17 | A DAY IN MAY | 1,100.00 | |
| 0220 | 04/21 | 04/22 | PRINCE MARKETING GP INC | 50,500.00 | |
| 0221# | 05/08 | 05/08 | Chase Auto | 1,560.07 | |
| 0222 | 04/29 | 05/08 | CHUBB | 61.01 | |
| 0223 | 04/29 | 05/08 | CHUBB | 2,920.94 | |
| 0224 | 04/29 | 05/11 | CHUBB | 975.70 | |
| 0225 | 04/29 | 05/08 | CHUBB | 325.10 | |
| 0226 | 04/29 | 05/07 | OXFORD HEALTH | 365.83 | |
| 0227 | 05/05 | 05/11 | IRS REALTY | 9,500.00 | |
| 0228 | 05/05 | 05/07 | PAUL | 840.00 | |
| 0229 | 05/13 | 05/15 | PRINCE MARKETING | 3,500.00 | |
| 0231* | 05/19 | 05/27 | LRS REALTY | 17,000.00 | |
| 0232 | 05/20 | 06/01 | THANK DOG | 639.45 | |
| 0233# | 06/05 | 06/05 | Chase Auto | 1,560.07 | |
| 0234 | 06/08 | 06/08 | CHUBB | 325.10 | |

**Merrill Lynch**

RANEE BARTOLACCI-MEIR AND

## 2009 TAX REPORTING STATEMENT

### 2009 CHECK SUMMARY

| Check Number | Date Written | Date Cleared | Payee | Amount | Client Workspace |
|---|---|---|---|---|---|
| 0235 | 05/30 | 06/08 | CHUBB | 61.01 | |
| 0236 | 05/30 | 06/09 | OXFORD | 365.83 | |
| 0237 | 06/01 | 06/05 | ROBIN RICARD | 2,340.00 | |
| 0238 | 06/22 | 06/22 | PAUL KRAPNIC | 1,470.00 | |
| 0239 | 06/28 | 07/06 | LRS REALTY | 17,020.00 | |
| 0240 | 06/28 | 07/06 | CANTOR RICHARD BOLTON | 1,200.00 | |
| 0241 | 06/29 | 07/01 | BANK OF SMITHTOWN | 20,000.00 | |
| 0242# | 07/13 | 07/13 | Chase Auto | 1,560.07 | |
| 0243 | 07/13 | 07/13 | CHUBB | 881.70 | |
| 0244 | 07/13 | 07/13 | CHUBB | 325.10 | |
| 0245 | 07/13 | 07/13 | CHUBB | 214.01 | |
| 0246 | 07/13 | 07/13 | CHUBB | 2,612.94 | |
| 0247 | 07/16 | 07/16 | OXFORD | 365.83 | |
| 0248 | 07/20 | 07/21 | GREG GUENVAN | 1,800.00 | |
| 0249 | 07/20 | 09/16 | NEIL M PARSOFF AND ASSN | 1,500.00 | |
| 0250 | 07/28 | 08/04 | SYLVIA WEENWOCK | 4,800.00 | |
| 0251 | 10/03 | 10/06 | BONITA SNODGRASS | 475.00 | |
| 0253* | 10/14 | 10/21 | US TREASURY | 14,709.00 | |
| 0255* | 10/14 | 10/22 | NY STATE INCOME TAX | 3,884.00 | |

**TOTAL CHECKING ACTIVITY**                                481,504.52

#Check converted to ACH debit by payee