**Merrill Lynch**
Bank of America Corporation

Account No.   Taxpayer No.

Page 20 of 21

RANEE BARTOLACCI-MEIR AND

## 2010 TAX REPORTING STATEMENT
### 2010 CHECKS WRITTEN/BILL PAYMENTS

| Check Number | Date Written | Date Cleared | Payee | Amount | Client Workspace |
|---|---|---|---|---|---|
| 0000 | 12/01 | 12/01 | CHASE | 1,560.07 | |
| 0000 | 12/09 | 12/09 | CON ED OF NY | 474.73 | |
| 0000 | 12/28 | 12/29 | AMERICAN EXPRESS | 20,288.35 | |
| 0257 | 04/02 | 04/12 | SAWY MOM ON CALL | 125.00 | |
| 0258 | 04/07 | 04/16 | ROBERT REGINE | 40,000.00 | |
| 0259 | 04/05 | 04/19 | LRS REALTY | 8,500.00 | |
| 0260 | 12/17 | 12/21 | ROBIN RICARD | 1,000.00 | |
| 0261 | 04/13 | 04/15 | PAYEE UNRECORDED | 2,340.00 | |
| 0262 | 04/21 | 05/04 | NEIL M PARSOFF | 5,000.00 | |
| 0263 | 05/01 | 05/12 | LRS REALTY | 8,500.00 | |
| 0264 | 05/07 | 05/11 | CHUBB | 936.00 | |
| 0265 | 04/23 | 04/28 | NIR MEIR | 2,000.00 | |
| 0269* | 05/10 | 05/25 | CHUBB | 500.00 | |
| 0270 | 05/13 | 05/25 | CHUBB | 1,600.00 | |
| 0271# | 05/25 | 05/25 | Chase Auto | 3,170.00 | |
| 0272 | 06/08 | 06/09 | GREG GUENVAN | 1,600.00 | |
| 0273 | 06/08 | 06/14 | ROBIN RICARD | 2,340.00 | |
| 0274 | 06/10 | 06/11 | NIR MEIR | 1,500.00 | |
| 0275 | 06/09 | 06/15 | CHUBB | 1,119.76 | |
| 0276 | 06/09 | 06/15 | CHUBB | 1,900.00 | |
| 0277 | 06/08 | 06/16 | LRS REALTY | 8,500.00 | |
| 0278 | 07/07 | 07/15 | SOUTHAMPTON VILALGE JUSTICE | 100.00 | |
| 0279 | 07/06 | 07/14 | 19A LSC LLC | 8,500.00 | |
| 0280 | 08/06 | 08/16 | LRS REALTY ASSOC 19A | 8,500.00 | |
| 0281 | 09/10 | 09/24 | 19A LSC LLC | 8,500.00 | |
| 0282 | 09/28 | 10/05 | 19A LSC LLC | 8,515.00 | |
| 0283 | 10/14 | 10/19 | NEW YORK STATE INCOME TAX | 489.00 | |
| 0284 | 11/19 | 12/14 | FRATERNAL ORDER OF POLICE DRIS | 500.00 | |

**TOTAL CHECKS WRITTEN/BILL PAYMENTS ACTIVITY**   442,313.55

\# Check converted to ACH debit by payee.



**Merrill Lynch**
Bank of America Corporation

Account No.  Taxpayer No.  Page 19 of 21

RANEE BARTOLACCI-MEIR AND

## 2010 TAX REPORTING STATEMENT

THE VISA SIGNATURE SUMMARY STATEMENT TRACKS ALL OF YOUR CARD TRANSACTIONS BY DATE AND MERCHANT CATEGORY, KEEPS YOUR CHECKS ORGANIZED NUMERICALLY AND EVEN PROVIDES A MONTH-BY-MONTH ANALYSIS OF ALL YOUR CARD AND CHECKING EXPENSES. THIS INFORMATION IS FOR PERSONAL REVIEW AND IS NOT REPORTED TO THE IRS. THIS ANNUAL SUMMARY STATEMENT CAN HELP YOU, YOUR ACCOUNTANT OR YOUR TAX ADVISOR WITH YOUR FINANCIAL PLANNING AND YOUR TAX PREPARATION.

### 2010 CHECKS WRITTEN/BILL PAYMENTS

| Check Number | Date Written | Date Cleared | Payee | Amount | Client Workspace |
|---|---|---|---|---|---|
| 0000 | 01/13 | 01/13 | CON ED OF NY | 229.79 | |
| 0000 | 02/04 | 02/05 | AMERICAN EXPRESS | 13,503.04 | |
| 0000 | 02/11 | 02/11 | CON ED OF NY | 204.16 | |
| 0000 | 03/08 | 03/09 | AMERICAN EXPRESS | 11,403.71 | |
| 0000 | 03/15 | 03/15 | CON ED OF NY | 195.70 | |
| 0000 | 03/23 | 03/24 | AMERICAN EXPRESS | 34,850.02 | |
| 0000 | 04/12 | 04/12 | AMERICAN EXPRESS | 15,585.38 | |
| 0000 | 04/13 | 04/13 | CON ED OF NY | 219.19 | |
| 0000 | 04/14 | 04/14 | AMERICAN EXPRESS | 12,277.60 | |
| 0000 | 04/29 | 04/29 | CAF DIRECT CHECK | 1,574.07 | |
| 0000 | 05/11 | 05/12 | CON ED OF NY | 222.48 | |
| 0000 | 05/13 | 05/14 | AMERICAN EXPRESS | 20,560.04 | |
| 0000 | 05/17 | 05/18 | AMERICAN EXPRESS | 20,650.69 | |
| 0000 | 06/03 | 06/03 | AMERICAN EXPRESS | 10,574.24 | |
| 0000 | 06/09 | 06/09 | CON ED OF NY | 253.53 | |
| 0000 | 06/22 | 06/23 | AMERICAN EXPRESS | 43,481.14 | |
| 0000 | 07/01 | 07/01 | CHASE | 1,560.07 | |
| 0000 | 07/09 | 07/09 | CON ED OF NY | 233.45 | |
| 0000 | 07/26 | 07/27 | AMERICAN EXPRESS | 13,832.45 | |
| 0000 | 07/27 | 07/28 | AMERICAN EXPRESS | 16,161.32 | |
| 0000 | 08/02 | 08/02 | CHASE | 1,560.07 | |
| 0000 | 08/04 | 08/04 | AMERICAN EXPRESS | 9,452.34 | |
| 0000 | 08/09 | 08/09 | CON ED OF NY | 157.94 | |
| 0000 | 08/12 | 08/12 | HANN | 4,739.00 | |
| 0000 | 08/13 | 08/13 | CHUBB & SON | 4,230.00 | |
| 0000 | 08/23 | 08/24 | AMERICAN EXPRESS | 21,152.10 | |
| 0000 | 08/31 | 08/31 | AMERICAN EXPRESS | 503.54 | |
| 0000 | 09/01 | 09/01 | CHASE | 1,560.07 | |
| 0000 | 09/08 | 09/08 | CON ED OF NY | 145.80 | |
| 0000 | 09/15 | 09/15 | HANN | 4,739.00 | |
| 0000 | 09/23 | 09/23 | AMERICAN EXPRESS | 15,969.71 | |
| 0000 | 10/01 | 10/01 | CHASE | 1,560.07 | |
| 0000 | 10/04 | 10/04 | CHUBB & SON | 387.02 | |
| 0000 | 10/04 | 10/04 | CHUBB & SON | 2,343.13 | |
| 0000 | 10/07 | 10/07 | CON ED OF NY | 161.36 | |
| 0000 | 10/12 | 10/12 | CHUBB & SON | 1,522.92 | |
| 0000 | 10/13 | 10/13 | HANN | 4,739.00 | |
| 0000 | 11/01 | 11/01 | CHASE | 1,560.07 | |
| 0000 | 11/08 | 11/08 | CON ED OF NY | 200.43 | |