**Merrill Lynch**
Bank of America Corporation

Account No. _____ Taxpayer No. _____

RANEE BARTOLACCI-MEIR AND

## 2011 TAX REPORTING STATEMENT

THE VISA SIGNATURE SUMMARY STATEMENT TRACKS ALL OF YOUR CARD TRANSACTIONS BY DATE AND MERCHANT CATEGORY, KEEPS YOUR CHECKS ORGANIZED NUMERICALLY AND EVEN PROVIDES A MONTH-BY-MONTH ANALYSIS OF ALL YOUR CARD AND CHECKING EXPENSES. THIS INFORMATION IS FOR PERSONAL REVIEW AND IS NOT REPORTED TO THE IRS. THIS ANNUAL SUMMARY STATEMENT CAN HELP YOU, YOUR ACCOUNTANT OR YOUR TAX ADVISOR WITH YOUR FINANCIAL PLANNING AND YOUR TAX PREPARATION.

### 2011 CHECKS WRITTEN/BILL PAYMENTS

| Check Number | Date Written | Date Cleared | Payee | Amount | Client Workspace |
|---|---|---|---|---|---|
| 0000 | 01/03 | 01/03 | CHASE | 1,560.07 | |
| 0000 | 01/11 | 01/11 | CON ED OF NY | 263.63 | |
| 0000 | 02/01 | 02/01 | CHASE | 1,560.07 | |
| 0000 | 02/02 | 02/02 | NYS TAX & FINANC | 25.00 | |
| 0000 | 02/09 | 02/09 | CON ED OF NY | 206.80 | |
| 0000 | 03/01 | 03/01 | CHASE | 1,560.07 | |
| 0000 | 03/11 | 03/11 | CON ED OF NY | 224.39 | |
| 0000 | 04/01 | 04/01 | CHASE | 1,560.07 | |
| 0000 | 04/11 | 04/11 | CON ED OF NY | 150.05 | |
| 0000 | 04/29 | 05/02 | AMERICAN EXPRESS | 12,675.43 | |
| 0000 | 05/02 | 05/03 | CHASE | 1,560.07 | |
| 0000 | 06/01 | 06/01 | CHASE | 1,560.07 | |
| 0000 | 06/09 | 06/09 | CON ED OF NY | 291.29 | |
| 0000 | 06/20 | 06/21 | AMERICAN EXPRESS | 11,264.80 | |
| 0000 | 07/05 | 07/05 | CAF DIRECT CHECK | 1,737.80 | |
| 0000 | 07/11 | 07/11 | CON ED OF NY | 128.57 | |
| 0000 | 08/09 | 08/09 | CON ED OF NY | 137.60 | |
| 0000 | 08/16 | 08/16 | CAF DIRECT CHECK | 1,737.80 | |
| 0000 | 09/08 | 09/08 | CON ED OF NY | 125.17 | |
| 0000 | 09/28 | 09/29 | CAF DIRECT CHECK | 1,737.80 | |
| 0000 | 10/07 | 10/07 | CON ED OF NY | 275.11 | |
| 0285 | 01/03 | 01/06 | AMIR CHIZIC HARG D REALTY | 3,000.00 | |
| 0286 | 01/05 | 01/28 | TOWN OF EAST HOMPTON | 80.00 | |
| 0287 | 03/14 | 03/14 | ROBERT DAUMAN | 56,000.00 | |
| 0328* | 08/26 | 08/26 | CASH | 800.00 | |

TOTAL CHECKS WRITTEN/BILL PAYMENTS ACTIVITY                                                                                                  100,221.66