**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**ONE BOWLING GREEN**
**NEW YORK, NY 10004-1408**

April 26, 2022

New York State Supreme Court
County Clerks Office
Attn: James A. Rossetti (jrossett@courts.state.ny.us)
60 Centre Street
New York, NY 10007

**IN RE:**

      **CASE NAME:  YH LEX ESTATES LLC, v. NIR MEIR, RANEE A.**
      **BARTOLACCI, and ERMITAGE ONE, LLC,**
      **CASE NUMBER:    22-01077 (JLG)**
      **INDEX NO.:        151267/2022**

Dear Mr. Rossetti:

      An Order was signed on April 22, 2022, by **Judge James L. Garrity** of the U.S. Bankruptcy Court Southern District of New York, Remanding Adversary Proceeding # **22-1077(JLG** to the **New York Supreme Court, New York County** .

      In response to the Order, we are providing you the following:

      **X**      **CERTIFIED COPY OF THE ORDER**
      **X**      **CERTIFIED COPY OF THE ADVERSARY DOCKET**

      Enclosed, please find a copy of this letter to acknowledge receipt of these documents.  If you need further information regarding this matter, please contact Ms. Deirdra Cantrell at (212) 284-4069

Yours truly,

VITO GENNA, CLERK

By:    <u>Deirdra Cantrell</u>
        Deputy Clerk

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED ABOVE**

RECEIVED BY _____ ON DATE _____